# IN THE SUPREME COURT OF THE STATE OF NEVADA

GLENN RICHARDSON, AN
INDIVIDUAL; AND GAYLE
RICHARDSON, AN INDIVIDUAL,
               Appellants,
vs.
ADAM J. BREEDEN, ESQ., BREEDEN
& ASSOCIATES, PLLC; AND
MANDALAY CORP., D/B/A MANDALAY
BAY RESORT & CASINO, A NEVADA
CORPORATION,
               Respondents.

No. 78308

FILED

AUG 01 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order entering judgment against appellants and in favor or respondents Adam J. Breeden, Esq. and Breeden & Associates, PLLC (Breeden) on Breeden's claim for adjudication of an attorney lien and claim for fees and costs. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

This court previously entered an order denying a motion to dismiss this appeal as untimely. The order explained that appellants filed a notice of appeal, and not an original petition for an extraordinary writ as contended by appellants. This court specifically instructed that if appellants wished to dismiss this appeal and proceed via an original writ petition, they must file a motion to dismiss this appeal and file a separate writ petition in accordance with NRAP 21.

Appellants have now filed a motion asking that this court recharacterize this appeal as a petition for a writ of mandamus. Alternatively, appellants seek to withdraw the appeal and file a petition for

19-32448

writ of mandamus within 14 days of the date the order dismissing the appeal is entered.

This court declines to recharacterize this appeal as a petition for a writ of mandamus. The alternative motion to dismiss this appeal is granted.[1] This appeal is dismissed. Appellants may file a writ petition if deemed warranted. Counsel for appellants is encouraged to review the requirements of NRAP 21 prior to making any such filing.

It is so ORDERED.

_Pickering_ , A.C.J.

cc: Hon. Richard Scotti, District Judge
Lansford W. Levitt, Settlement Judge
The Law Offices of Robert D. Martin, P.C.
Lewis Roca Rothgerber Christie LLP/Las Vegas
Breeden & Associates
Lincoln, Gustafson & Cercos
Eighth District Court Clerk

---

[1]This court expresses no opinion as to whether the order appellants seek to challenge is subject to review via appeal or original writ petition.